**DENIED**

*Patrick Michael Duffy*
United States District Judge

August 10, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:09-CR-1127 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT A. KOHN | ) | |
| | ) | |

## DEFENDANT'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL

Comes now the Defendant, Robert A. Kohn ("Kohn"), by and through his attorney John S. Simmons, moving this Court to enter a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

This motion is supported by the accompanying Rule 29 Memorandum in Support of Motion for Judgment of Acquittal.

Respectfully requested,

s/ John S. Simmons
John S. Simmons (#5000)
SIMMONS LAW FIRM, LLC
1711 Pickens Street
P.O. Box Five
Columbia, SC 29202
(803) 779-4600

ATTORNEY FOR THE DEFENDANT
ROBERT A. KOHN

August 3, 2010

1