**DENIED**

*[signature]*
PATRICK MICHAEL DUFFY
United States District Judge

August 10, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:09-CR-1127 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT A. KOHN | ) | |
| | ) | |

## DEFENDANT'S RULE 33 MOTION FOR NEW TRIAL

Comes now the Defendant, Robert A. Kohn ("Kohn"), by and through his attorney John S. Simmons, moving this Court for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

This motion is supported by the accompanying Rule 33 Memorandum in Support of Motion for New Trial.

                                              Respectfully requested,

                                              s/ John S. Simmons
                                              John S. Simmons (#5000)
                                              SIMMONS LAW FIRM, LLC
                                              1711 Pickens Street
                                              P.O. Box Five
                                              Columbia, SC 29202
                                              (803) 779-4600

                                              ATTORNEY FOR THE DEFENDANT
                                              ROBERT A. KOHN

August 3, 2010